NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-3202

MERRIDEE A. LLANTADA,

Petitioner,

v.

OFFICE OF PERSONNEL MANAGEMENT,

Respondent.

Norman Jackman,  Jackman & Roth LLP, of Cambridge, Massachusetts, argued for petitioner.

Michael N. O'Connell, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent.  With him on the brief were Jeanne E. Davidson, Director, and Todd M. Hughes, Deputy Director.

Appealed from:  Merit Systems Protection Board

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-3202

MERRIDEE A. LLANTADA,

Petitioner,

v.

OFFICE OF PERSONNEL MANAGEMENT,

Respondent.

# Judgment

ON APPEAL from the        Merit Systems Protection Board

in CASE NO(S).        DA0831060142-I-3

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (LOURIE, GAJARSA and DYK, Circuit Judges).

AFFIRMED.  See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED:  February 8, 2008        / s /  *Jan Horbaly*

Jan Horbaly, Clerk